**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUNBURST SHUTTERS, LLC, | Case No.: 2:26-cv-00300-APG-NJK |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| CUSTOM COVERINGS CORPORATION, | |
| Defendant | |

I ORDER that plaintiff Sunburst Shutters, LLC's certificate of interested parties (ECF No. 5) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not fully identify Sunburst's citizenship as required by that rule.  It identifies Sunset Acquisition II, Inc. as Sunburst's sole member, but does not identify the citizenship of Sunset Acquisition II, Inc.  As a limited liability company, Sunburst is a citizen of every state of which its owners/members are citizens. *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).  Sunburst's certificate of interested parties thus must identify the citizenship of its sole member Sunset Acquisition II, Inc.

I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by March 3, 2026.

DATED this 17th day of February, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE