PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
AILEEN E. COHEN, ESQ.
Nevada Bar No. 5263
THORNDAL ARMSTRONG, PC
600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
Tel.: (702) 366-0622
Fax: (702) 366-0327
png@thorndal.com
aec@thorndal.com

JOSEPH S. GOODE, ESQ. (*pro hac vice*)
Wisconsin Bar No. 1020886
KATHERINE W. SCHILL, ESQ. (*pro hac vice*)
Wisconsin Bar No. 1025887
LAFFEY, LEITNER & GOODE, LLC
325 E. Chicago St., Suite 200
Milwaukee, Wisconsin 53202
Tel: (414) 312-7003
jgoode@llgmke.com
kschill@llgmke.com

Attorneys for Plaintiff
SUNBURST SHUTTERS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUNBURST SHUTTERS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CUSTOM COVERINGS CORPORATION, a New York corporation,<br><br>Defendant. | Case No. 2:26-cv-00300-APG-NJK<br><br>**Amended Joint Motion to Extend Time to Answer or Otherwise Respond to the Complaint** |

Plaintiff Sunburst Shutters, LLC, through its undersigned counsel, hereby moves the Court for an Order extending the deadline for Defendant to answer or otherwise respond to the Complaint [Dkt. 01] to July 16, 2026. The current deadline is June 15, 2026 based upon the Waiver of Service executed by Defendant's counsel on April 21, 2026 and filed by Plaintiff on

April 22, 2026. [Dkt. 14.] The parties entered into a Mutual Termination Agreement dated June 9, 2026 which includes an agreement for the extension requested in this motion. On June 15, 2026, the Court entered a minute order denying the joint motion seeking to extend Defendant's answer deadline to July 16, 2026 based on a failure of the parties to identify the reasons why the requested extension is being sought.

Good cause exists to extend Defendant's deadline to answer or otherwise plead to the Complaint. This case arises out of a License Agreement between the parties that has now been terminated by the Mutual Termination Agreement identified above. Defendant's counsel has relayed an interest in seeking to resolve this dispute by mutual compromise and the parties seek the additional time to explore the possibility of settlement. In the event settlement discussions are unsuccessful, Defendant will answer or otherwise plead to the Complaint by the July 16, 2026 deadline being sought in this amended motion. As such, the parties respectfully request that the Court enter an order granting Defendant up through and including July 16, 2026 to answer or otherwise plead to the Complaint.

The undersigned is authorized by Defendant's counsel (who is not yet admitted to this Court) to state that Defendant joins in this motion. Accordingly, Plaintiff respectfully requests that the Court enter an Order extending Plaintiff's deadline to answer or otherwise respond to the Complaint to July 16, 2026.

DATED this 15th day of June, 2026.

LAFFEY, LEITNER & GOODE, LLC

*/s/ Joseph S. Goode*

JOSEPH S. GOODE, ESQ. (*pro hac vice*)
Wisconsin Bar No. 1020886
KATHERINE W. SCHILL, ESQ. (*pro hac vice*)
Wisconsin Bar No. 1025887
325 E. Chicago Ave., Suite 200

Milwaukee, Wisconsin 53202

-and-

THORNDAL ARMSTRONG, PC

PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
AILEEN E. COHEN, ESQ.
Nevada Bar No. 5263
600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101

Attorneys for Plaintiff,
SUNBURST SHUTTERS, LLC