PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
AILEEN E. COHEN, ESQ.
Nevada Bar No. 5263
THORNDAL ARMSTRONG, PC
600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
Tel.: (702) 366-0622
Fax: (702) 366-0327
png@thorndal.com
aec@thorndal.com

JOSEPH S. GOODE, ESQ. (*pro hac vice*)
Wisconsin Bar No. 1020886
KATHERINE W. SCHILL, ESQ. (*pro hac vice*)
Wisconsin Bar No. 1025887
LAFFEY, LEITNER & GOODE, LLC
325 E. Chicago St., Suite 200
Milwaukee, Wisconsin 53202
Tel: (414) 312-7003
jgoode@llgmke.com
kschill@llgmke.com

Attorneys for Plaintiff
SUNBURST SHUTTERS

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUNBURST SHUTTERS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CUSTOM COVERINGS CORPORATION, a New York corporation,<br><br>Defendant. | Case No. 2:26-cv-00300-APG-NJK<br><br>**Second Joint Motion to Extend Time to Answer or Otherwise Respond to the Complaint** |

Plaintiff Sunburst Shutters, LLC, through its undersigned counsel, hereby moves the Court for an Order extending the deadline for Defendant to answer or otherwise respond to the Complaint [Dkt. 01] to August 14, 2026. The current deadline is July 16, 2026 based upon the Order Granting Motion to Extend filed June 16, 2026. [Dkt. 18.]

-1-

Good cause exists to extend Defendant's deadline to answer or otherwise plead to the Complaint. This case arises out of a License Agreement between the parties that has now been terminated by a Mutual Termination Agreement dated June 9, 2026. Defendant's counsel has relayed an interest in seeking to resolve this dispute by mutual compromise and the parties seek the additional time to continue discussing the possibility of settlement. In the event settlement discussions are unsuccessful, Defendant will answer or otherwise plead to the Complaint by the August 14, 2026 deadline being sought in this second joint motion.  As such, the parties respectfully request that the Court enter an order granting Defendant up through and including August 14, 2026 to answer or otherwise plead to the Complaint.

The undersigned is authorized by Defendant's counsel (who is not yet admitted to this Court) to state that Defendant joins in this motion. Accordingly, Plaintiff respectfully requests that the Court enter an Order extending Plaintiff's deadline to answer or otherwise respond to the Complaint to August 14, 2026.

DATED this 13th day of July, 2026.

LAFFEY, LEITNER & GOODE, LLC

/s/ Joseph S. Goode

JOSEPH S. GOODE, ESQ.  (*pro hac vice*)
Wisconsin Bar No. 1020886
KATHERINE W. SCHILL, ESQ. (*pro hac vice*)
Wisconsin Bar No. 1025887
325 E. Chicago Ave., Suite 200
Milwaukee, Wisconsin 53202

IT IS SO ORDERED.
Dated:  July 14, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

-and-

THORNDAL ARMSTRONG, PC

PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
AILEEN E. COHEN, ESQ.
Nevada Bar No. 5263
600 S. Las Vegas Blvd., Suite 400

Las Vegas, Nevada 89101

Attorneys for Plaintiff,
SUNBURST SHUTTERS, LLC