**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SUNBURST SHUTTERS, LLC,

Plaintiff

v.

CUSTOM COVERGINS CORPORATION,

Defendant

Case No.: 2:26-cv-00300-APG-NJK

**Order Striking Certificate of Interested Parties**

I ORDER that defendant Custom Covering Corporation's certificate of interested parties (ECF No. 22) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not fully identify Custom's citizenship for diversity purposes.

I FURTHER ORDER defendant Custom Covering Corporation to file a proper certificate of interested parties by September 4, 2026.

DATED this 21st day of August, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE