afugazzi@swlaw.com
egettel@swlaw.com

Joseph S. Goode (*pro hac vice*)
Katherine W. Schill (*pro hac vice*)
LAFFEY, LEITNER & GOODE LLC
325 E. Chicago Ave. Suite 200
Milwaukee, Wisconsin 53202
Tel: (414) 312-7003
Fax: (414) 755-7083
jgoode@llgmke.com
kschill@llgmke.com

*Attorneys for Plaintiff*
*Sunburst Shutters, LLC*

SNELL & WILMER

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUNBURST SHUTTERS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CUSTOM COVERINGS CORPORATION, a New York corporation,,<br><br>Defendant. | Case No. 2:26-cv-00300-APG-NJK<br><br>**STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL FOR PLAINTIFF SUNBURST SHUTTERS, LLC** |

Pursuant to LR IA 11-6(c), Plaintiff Sunburst Shutters, LLC ("Sunburst"), the law firm of Snell & Wilmer L.L.P., and the law firm of Thorndal Armstrong, PC stipulate and agree that Snell & Wilmer L.L.P. will be substituted in place of Thorndal Armstrong, PC as counsel for Sunburst as reflected below. Joseph S. Goode and Katherine W. Schill of Laffey, Leitner & Goode LLC shall remain as counsel for Sunburst Shutters, LLC together with Snell & Wilmer L.L.P.

702-366-0622

2. New Legal Representative:

Alex L. Fugazzi, Esq.
Erin Gettel, Esq.
Snell & Wilmer, LLP
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135-1865
702.784.5200

3. I consent to this substitution.

Dated: November 17, 2026

*/s/ Philip Goodhart*
Philip Goodhart, Esq.
Aileen E. Cohen, Esq.
Thorndal Armstrong, PC

4. I consent to this substitution.

Dated: November 17, 2026

*/s/ Erin Gettel*
Alex L. Fugazzi, Esq.
Erin Gettel, Esq.
Snell & Wilmer L.L.P.

5. I consent to this substitution on behalf of Plaintiff Sunburst Shutters, LLC.

Dated: November 10, 2026

*/s/ Kurt Taylor*
Sunburst Shutters, LLC
By: Kurt Taylor
Its: Senior Vice President

IT IS SO ORDERED.
Dated: November 17, 2026
.
.

Nancy J. Koppe
United States Magistrate Judge

SNELL & WILMER